**Order entered December 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01144-CV

## IN RE ESTATE OF WILLIAM GRIFFITH, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00996-1**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 16, 2019.

We **ORDER** appellants to file their reply brief to appellees' December 2, 2019 brief, if any, within seven days of the date of this order.

The case will be resubmitted in due course.

/s/    BILL WHITEHILL
PRESIDING JUSTICE